**EXHIBIT C: LEGAL MAIL**



**OHIO ATTORNEY GENERAL DAVE YOST**
Cincinnati Regional Office
441 Vine Street
1600 Carew Tower
Cincinnati, Ohio 45202

U.S. POSTAGE ⟩⟩ PITNEY BOWES

ZIP 45202 $ 000.53⁰
02 4W
0000.372042 SEP 27 2021

7B30

Richard Stanton Whitman, #A694-724
Belmont Correctional Institution
P.O. Box 540
St. Clairsville, Ohio 43950



BeCI MAILROOM

SEP 3 0 2021

COPIED

4398080540  B005

Office of the Clerk
**United States District Court**
Northern District of Ohio
Carl B. Stokes United States Court House
801 West Superior Avenue
CLEVELAND, OHIO 44113-1830

OFFICIAL BUSINESS

RETURN SERVICE REQUESTED

7830

NEOPOST                          FIRST-CLASS MAIL
10/05/2021
US POSTAGE $000.73⁰


ZIP 44113
041L11256002

Richard S. Whitman A694-724
Belmont Correctional Inst
P.O. Box 540
St. Clairsville, Ohio 43950

COPIED

OCT  8 2021

BeCI MAILROOM

30$0540 B005

Office of the Clerk
**United States District Court**
Northern District of Ohio
Carl B. Stokes United States Court House
801 West Superior Avenue
CLEVELAND, OHIO 44113-1830

**OFFICIAL BUSINESS**

RETURN SERVICE REQUESTED

CLEVELAND OH 440

12 NOV 2021 PM 8 L

NEOPOST        FIRST-CLASS MAIL
11/10/2021
US POSTAGE $000.53⁰



ZIP 44113
041L11256002

7B30

Richard Stanton Whitman
#A694-724
Belmont Correctional Institution
P.O. Box 540
St. Clairsville, OH.  43950

**LEGAL MAIL**

43950-054040

OFFICE OF THE CLERK
**UNITED STATES COURT OF APPEALS**
100 E. FIFTH STREET, ROOM 540
CINCINNATI, OHIO 45202-3988

CINCINNATI OH 452

8 FEB 2022 PM 5 L

$0.73 0
US POSTAGE
FIRST-CLASS
062S0011352675
45202

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

7B30

FEB 10 2022

BeCI MAILROOM

Mr. Richard Stanton Whitman
#694724
Belmont Correctional Institution
P.O. Box 540
St. Clairsville, OH 43950

43950-054040

OFFICE OF THE CLERK
**UNITED STATES COURT OF APPEALS**
100 E. FIFTH STREET, ROOM 540
CINCINNATI, OHIO 45202-3988

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

7B30

CINCINNATI OH 452

4 MAR 2022 PM 4



PITNEY BOWES

02 1P          $ 000.53Q
0000917684    MAR 04 2022
MAILED FROM ZIP CODE 45202

**COPIED**

MAR - 7 2022

**BeCI MAILROOM**

Mr. Richard Stanton Whitman
#694724
Belmont Correctional Institution
P.O. Box 540
St. Clairsville, OH 43950

43950-054040

Office of the Clerk
**United States District Court**
Northern District of Ohio
Carl B. Stokes United States Court House
801 West Superior Avenue
CLEVELAND, OHIO 44113-1830

OFFICIAL BUSINESS

RETURN SERVICE REQUESTED

7ß30

NEOPOST          FIRST-CLASS MAIL
03/04/2022
**US POSTAGE** $000.53⁰

          ZIP 44113
041L11256002

Richard Stanton-Williman
#A694-724
Belmont Correctional Institution
P.O. Box 540
St.Clairsville, OH 43950

LEGAL COPIED
MAR - 7 2022
BeCI MAILROOM

43950#0540 B005

Office of the Clerk
United States District Court
Joseph P. Kinneary United States Courthouse
85 Marconi Boulevard
Columbus, Ohio 43215

OFFICIAL BUSINESS

COLUMBUS OH

29 MAR 2022 PM

7B30

Richard Whitman (694-724)
BELMONT CORRECTIONAL INSTITUTION
P.O. BOX 540
68518 BANNOCK ROAD
ST. CLAIRSVILLE, OH 43950

COPIED

APR 06 2022

BeCI MAILROOM



43950-876799

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF OHIO
85 MARCONI BOULEVARD, ROOM 121
COLUMBUS, OHIO 43215

OFFICIAL BUSINESS



US POSTAGE PITNEY BOWES

ZIP 43215 **$ 000.93**
02 4W
0000343269 MAR 07 2022

7B30

BeCI MAILROOM
MAR 15 2022
COPIED

Richard Whitman 694-724
BELMONT CORRECTIONAL INSTITUTION
P.O. BOX 540
68518 BANNOCK ROAD
ST. CLAIRSVILLE, OH 43950

43950$8767 R00i

CLEMENTS LAW, P.A.

*Attorneys at Law*
540 W. New York Avenue
DeLand, Florida 32720

7 B 36

$0.73 0
US POSTAGE
FIRST-CLASS
062S0014859688
FROM 32720

Mr. Richard Stanton Whitman (A694-724)
Belmont Correctional Institution
68518 Bannock Road
St. Clairsville OH 43950

COPIED
APR 25 2022
BeCI MAILROOM

43950$8767 R001

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
85 MARCONI BOULEVARD
COLUMBUS, OHIO 43215

OFFICIAL BUSINESS

COLUMBUS OH 430

26 APR 2022 PM 5

US POSTAGE
ZIP 43215 $ 000.53⁰
02 4W
0000341264 APR 26 2022

Richard Whitman
694 - 724
Belmont Correctional Inst.
P.O. Box 540
68518 Bannock Rd.
St. Clairsville, OH 43950

7B30

43950-876799

Office of the Clerk
United States District Court
Joseph P. Kinneary United States Courthouse
85 Marconi Boulevard
Columbus, Ohio 43215

OFFICIAL BUSINESS

COLUMBUS OH 430

4 APR 2022 PM 5 L

US POSTAGE
ZIP 43215  $ 000.53⁰
02 4W
0000343269 APR 04 2022

1B64

Joseph Shine-Johnson (#A734-401)
Belmont Correctional Institution
P.O. Box 540
St. Clairsville, OH 43950



COPIED

APR 08 2022

BeCI MAILROOM

43950-054040

**Other Documents**

2:20-cv-05919-SDM-EPD Shine-
Johnson et al v. Mike Dewine et
al

JURY,PRO SE,R/R

### U.S. District Court

### Southern District of Ohio

**Notice of Electronic Filing**

The following transaction was entered on 4/4/2022 at 3:51 PM EDT and filed on 4/4/2022
**Case Name:**      Shine-Johnson et al v. Mike Dewine et al
**Case Number:**   2:20-cv-05919-SDM-EPD
**Filer:**               Joseph Shine-Johnson
**Document Number:** 78

**Docket Text:**
**Response to Interested Party's [71] Objection to Report and Recommendations by Plaintiff Joseph
Shine-Johnson (Attachments: # (1) Envelope) (kk2)**


**2:20-cv-05919-SDM-EPD Notice has been electronically mailed to:**

Mindy Ann Worly    mworly@ag.state.oh.us, CorrectionsLitigation.DocketClerk@ohioattorneygeneral.gov,
brenda.carter@ohioattorneygeneral.gov, greg.glasgow@ohioattorneygeneral.gov

**2:20-cv-05919-SDM-EPD Notice has been delivered by other means to:**

Antonio Henderson
#703371
BELMONT CORRECTIONAL INSTITUTION
P.O. BOX 540
68518 BANNOCK ROAD
ST. CLAIRSVILLE, OH 43950

James Goodson
387 Burman Ave
Trotwood, OH 45426

Jarron Earley-Tabor, Sr
#A728-503
Belmont Correctional Institution
68518 Bannock Rd. S.R. 331
P.O. Box 540
St. Clairsville, OH 43950

Joseph Shine-Johnson
#A734-401
Belmont Correctional Institution
68518 Bannock Rd. S.R. 331
P.O. Box 540
St. Clairsville, OH 43950



The Supreme Court of Ohio

65 SOUTH FRONT STREET, COLUMBUS, OHIO 43215-3431

CLERK OF THE COURT

1A42

2021-1262

Joeseph Shine-Johnson 734401
BCI - Belmont Correctional Institution
P. O. Box 540
St. Clairsville, OH 43950



MARYELLEN O'SHAUGHNESSY
Clerk of the Court of Common Pleas
General Division
Civil/Criminal
345 South High Street, Fl. 1B
Columbus, Ohio 43215-4576

COLUMBUS OH 430

15 OCT 2021 PM 6 L

RETURN SERVICE REQUESTED

J. Shine-Johnson #734-401
Belmont Correctional
PO Box 540
St. Clairsville, OH 43950

43950-054040

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
85 MARCONI BOULEVARD, ROOM 121
COLUMBUS, OHIO 43215

OFFICIAL BUSINESS

COLUMBUS OH 430

26 OCT 2021 PM 2 L

Joseph Shine-Johnson
A734-401
Belmont Correctional Inst.
PO Box 540
St. Clairsville, OH 43950

43950-054040



MARYELLEN O'SHAUGHNESSY
Clerk of the Court of Common Pleas
General Division
Civil/Criminal
345 South High Street, Fl. 1B
Columbus, Ohio 43215-4576

RETURN SERVICE REQUESTED

COLUMBUS OH 430

15 OCT 2021 PM 6 L

1A4Z

J. Shine-Johnson #734-401
Belmont Correctional
PO Box 540
St. Clairsville, OH 43950

43950-054040

**YELLEN O'SHAUGHNESSY**
 County Clerk of the Court
h District Court of Appeals Division
th High Street, 23rd Floor
us, OH 43215-6312

N SERVICE REQUESTED



US POSTAGE
ZIP 43215 $ 002.16
02 4W
0000360946 JAN 06 2022

/·A·Y·2

JOSEPH T. SHINE-JOHNSON
#734-401
BELMONT CORRECTIONAL INST
P.O. BOX 540
ST CLAIRSVILLE, OH 43950

COPIED

JAN 11 2022

BeCI MAILROOM

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
85 MARCONI BOULEVARD, ROOM 121
COLUMBUS, OHIO 43215

OFFICIAL BUSINESS

7B30

US POSTAGE PITNEY BOWES
ZIP 43215 $ 000.93
02 4W
0000343269 MAR 07 2022

COPIED
MAR 15 2022
BeCI MAILROOM

Richard Whitman, 694-724
BELMONT CORRECTIONAL INSTITUTION
P.O. BOX 540
68518 BANNOCK ROAD
ST. CLAIRSVILLE, OH 43950

43950$8767 R001

Office of the Clerk
United States District Court
Joseph P. Kinneary United States Courthouse
85 Marconi Boulevard
Columbus, Ohio 43215

OFFICIAL BUSINESS

COLUMBUS OH 430

28 MAR 2022PM 2

US POSTAGE ᴹᴾ PITNEY BOWES

ZIP 43215     $ 000.53⁰
02 4W
0000343269 MAR 28 2022

1B64

COPIED
MAR 30 2022
DIST CT MAILROOM

Joseph Shine-Johnson (#A734-401)
Belmont Correctional Institution
68518 Bannock Rd. S.R. 331
P.O. Box 540
St. Clairsville, OH 43950

43950-054040

Office of the Clerk
United States District Court
Joseph P. Kinneary United States Courthouse
85 Marconi Boulevard
Columbus, Ohio 43215

OFFICIAL BUSINESS

US POSTAGE PITNEY BOWES

ZIP 43215 $ 000.53⁰
02 4W
0000343269 APR 01 2022

1864

Joseph Shine-Johnson, #A734-401
Belmont Correctional Institution
68518 Bannock Rd. S.R. 331
P.O. Box 540
St. Clairsville, OH 43950



COPIED

APR 06 2022



43950-054040

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF OHIO
85 MARCONI BOULEVARD
COLUMBUS, OHIO 43215

OFFICIAL BUSINESS

COLUMBUS OH 430

26 APR 2022 PM 5

US POSTAGE

ZIP 43215  $ 000.53
02 4M
0500834200 APR

Joseph Shine-Johnson
#A734-401
Belmont Correctional Insb.
68518 Bannock Rd S.R. 331
P.O. Box 540
St. Clairsville, OH 43950

1364

43950-054040

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF OHIO
85 MARCONI BOULEVARD, ROOM 121
COLUMBUS, OHIO 43215

OFFICIAL BUSINESS



COLUMBUS OH 430
27 APR 2022  PM 8 L

US POSTAGE PITNEY BOWES
ZIP 43215
02 4W        $ 000.53⁰
0000343269 APR 27 2022

1364

Joseph Shine-Johnson, #A734-401
Belmont Correctional Institution
68518 Bannock Rd. S.R. 331
P.O. Box 540
St. Clairsville, OH 43950

43950-054040



MARYELLEN O'SHAUGHNESSY
Clerk of the Court of Common Pleas
General Division
Civil/Criminal
345 South High Street, Fl. 1B
Columbus, Ohio 43215-4576

COLUMBUS OH 430

9 DEC 2021 PM 7 L

RETURN SERVICE REQUESTED

1A42

Joseph Shine-Johnson 734401
Belmont Correctional Inst.
PO Box 546
St. Clairsville, OH 43950

COPIED

DEC 13 2021

BeCI MAILROOM

43960-054646



**MARYELLEN O'SHAUGHNESSY**
Clerk of the Court of Common Pleas
General Division
Civil/Criminal
345 South High Street, Fl. 1B
Columbus, Ohio 43215-4576

RETURN SERVICE REQUESTED

1A42

Joseph Shine - Johnson 734 401
Belmont Correctional
PO Box 540
St. Clairsville, OH 43950

COPIED
DEC 20 2021
MAILROOM

**MARYELLEN O'SHAUGHNESSY**
Franklin County Clerk of the Court
The 10th District Court of Appeals Division
373 South High Street, 23rd Floor
Columbus, OH 43215-6312

RETURN SERVICE REQUESTED

1A42

COPIED

JAN 13 2022

BeCI MAILROOM

JOSEPH T. SHINE-JOHNSON
#734-401
BELMONT CORRECTIONAL INST
P.O. BOX 540
ST CLAIRSVILLE, OH 43950

LIAFA5F 43950



OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
85 MARCONI BOULEVARD, ROOM 121
COLUMBUS, OHIO 43215

OFFICIAL BUSINESS

COLUMBUS OH 430

17 NOV 2021 PM 5 L

1A42

Joseph T. Shine-Johnson, A734-401
BELMONT CORRECTIONAL INSTITUTION
P.O. BOX 540
68518 BANNOCK ROAD
ST. CLAIRSVILLE, OH 43950

43950-876799

CLERK'S OFFICE OF THE
**DISTRICT COURT OF THE UNITED STATES**
SOUTHERN DISTRICT OF OHIO
200 WEST SECOND ST., RM. 712
DAYTON, OHIO 45402

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

COLUMBUS OH 430

17 NOV 2021 PM 7 L

U.S. POSTAGE >> PITNEY BOWES

ZIP 45402 $ 000.53⁰
02 4W
0000342327497 17 2021

1A42

Joseph T. Shine-Johnson, #A734-401
BELMONT CORRECTIONAL INSTITUTION
P.O. BOX 540, 68518 BANNOCK ROAD
ST. CLAIRSVILLE, OH 43950

43950-054040

OFFICE OF THE CLERK
**UNITED STATES COURT OF APPEALS**
100 E. FIFTH STREET, ROOM 540
CINCINNATI, OHIO 45202-3988

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

CINCINNATI OH 452

20 DEC 2021 PM 6 L



02 1P
0000917684      DEC 20 2021
MAILED FROM ZIP CODE 45202

Mr. Joseph T. Shine-Johnson
#734401
Belmont Correctional Institution
P.O. Box 540
St. Clairsville, OH 43950

DEC 2 2 2021

43950-054040

**MARYELLEN O'SHAUGHNE**░░░░░░  01/21

Clerk of the Court of Common Pleas
General Division
Civil/Criminal
345 South High Street, Fl. 1B
Columbus, Ohio 43215-4576

RETURN SERVICE REQUESTED

US POSTAGE

734401

1A42

Joseph Shine-Johnson
PO Box 540
St. Clairsville, OH 43950

COP

DEC 15 2021

BeCI MAIL

OFFICE OF THE CLERK
**UNITED STATES COURT OF APPEALS**
100 E. FIFTH STREET, ROOM 540
CINCINNATI, OHIO 45202-3988

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

CINCINNATI OH 452

9 DEC 2021 PM 5 L





Mr. Joseph T. Shine-Johnson
#734401
Belmont Correctional Institution
P.O. Box 540
St. Clairsville, OH 43950

43950-054040



COPIED

DEC 13 2021

BeCI MAILROOM





**Lori M. Tyack**
**Franklin County Municipal Court Clerk**
Criminal/Traffic Division
375 South High Street, 2nd Floor
Columbus, Ohio 43215-4520

**RETURN SERVICE REQUESTED**



US POSTAGE

PRESORTED
FIRST CLASS

1A42

COPIED
JAN 04 2022
BeCI MAILROOM

Joeseph Shine-Johnson 734401
P.O. Box 540
St. Clairsville Oh. 43450

KBEXPMM 43950

**MARYELLEN O'SHAUGHNESSY**
*Franklin County Clerk of the Court*
*The* 10th District Court of Appeals Division
373 South High Street, 23rd Floor
Columbus, OH 43215-6312

RETURN SERVICE REQUESTED



US POSTAGE PITNEY BOWES

ZIP 43215  $ 000.42³
02 4W
0000361G48DEC 02 2021

IA 42

JOSEPH T. SHINE-JOHNSON
#734-401
BELMONT CORRECTIONAL INST
P.O. BOX 540
ST.CLAIRSVILLE, OH 43950

COPIED

DEC 0 6 2021

BeCI MAILROOM

KIAFA5B 43950

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
85 MARCONI BOULEVARD, ROOM 121
COLUMBUS, OHIO 43215

OFFICIAL BUSINESS

COLUMBUS OH 430

8 DEC 2021 PM 1

Joseph T. Steve - Johnson
#A 734-401
Belmont Correctional Institution
PO Box 540
St. Clairsville, Ohio 43950

COPIED
DEC 13 2021
BCI MAILROOM

U.S. POSTAGE