IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**Joseph Shine-Johnson, et al.,**     Case No: 2:22-cv-3236

      Plaintiffs,     Judge Graham

  v.

      Magistrate Judge Bowman

**Annette Chambers-Smith, et al.,**

      Defendants.

## ORDER

This matter is before the court on the Magistrate Judge's June 8, 2023 Report and Recommendation (ECF No. 13), which recommended this Court dismiss (a) any § 1983 claim based on violations of state law or Ohio Department of Rehabilitation and Correction ("ODRC") policy; (b) any claim arising under the Eighth Amendment; and (c) all claims for monetary damages against Defendants in their official capacities. No objections have been filed.

As detailed in the Report and Recommendation, Plaintiffs have not asserted a § 1983 claim against Defendants because a Plaintiff may not base a § 1983 suit against Defendants on a violation of state law or ODRC policy. Additionally, Plaintiffs' allegations did not raise an Eighth Amendment claim in the Complaint. Finally, Defendants cannot be held liable for monetary damages in their official capacities because claims for monetary damages against state officials sued in their official capacities are barred by the Eleventh Amendment.

Accordingly, the Court adopts the Magistrate Judge's Report and Recommendation. (ECF No. 13). Plaintiffs' § 1983 claims based on violation of state law or ODRC policy and Plaintiffs' Eighth Amendment claims are **DISMISSED**. Plaintiffs' request for monetary damages against Defendants in their official capacities is **DISMISSED**.

The Court certifies pursuant to 28 U.S.C. §1915(a)(3) that an appeal of this Order would not be taken in good faith for the reasons stated in the Report and Recommendation. Therefore, the Court declines to issue a certificate of appealability and denies plaintiff leave to proceed on appeal *in forma pauperis*. *See* Fed. R. App. P. 24(a); *Kincade v. Sparkman*, 117 F.3d 949, 952 (6th Cir. 1997).

      *s/ James L. Graham*
      JAMES L. GRAHAM
DATE: December 4, 2023      United States District Judge